

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00041-CV

CATHEY LEVEE                                                          APPELLANT

V.

VRM VENDORS RESOURCE                                          APPELLEE
MANAGEMENT

-----------

## FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

We have considered the parties' "Agreed Motion To Dismiss." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

PER CURIAM

PANEL: GARDNER, WALKER, and MCCOY, JJ.

DELIVERED: April 25, 2013

---

[1]*See* Tex. R. App. P. 47.4.